LEGAL FILE

Casey D. Laffey (CL-1483)
Reed Smith LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SUNHAM HOME FASHIONS, LLC,

                Plaintiff,

      -against-

LINENS 'N THINGS,

                Defendant.
------------------------------------------------------------------X

Civil Action No. 08 Civ. 4113

RULE 7.1 STATEMENT

RECEIVED
MAY 01 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Linens 'n Things, Inc. certifies that Linens Holdings Co. owns 100% of Defendant Linens 'n Things, Inc.

Dated: New York, New York
       May 1, 2008

                        REED SMITH LLP

                        By: /s/ Casey D. Laffey
                           Casey D. Laffey (CL-1483)
                        599 Lexington Avenue, 28th Floor
                        New York, New York 10022
                        Tel. (212) 521-5400
                        Fax. (212) 521-5450
                        claffey@reedsmith.com

                        Attorneys for Defendant
                        Linens 'n Things, Inc.

TO:   Mr. Gilbert A. Lazarus, Esq.
        Lazarus & Lazarus, P.C.
        240 Madison Avenue, 8th Floor
        New York, New York 10016

PRCLIB-467303.1-PBOND