Casey D. Laffey (CL-1483)
Reed Smith LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUNHAM HOME FASHIONS, LLC,

                                Plaintiff,

                               -against-

LINENS 'N THINGS,

                               Defendant.
-----------------------------------------------------------------X

08 Civ. 4113 (DAB) (DF)

### CERTIFICATE OF SERVICE

I, Casey D. Laffey, hereby certify that on May 5, 2008, I caused true and correct copies of the foregoing Suggestion of Bankruptcy and Notice of Automatic Stay, along with its exhibits, to be served by overnight courier upon the following address:

    Lazarus & Lazarus, P.C.
    Attn: Gilbert A. Lazarus, Esq.
    240 Madison Avenue, 8th Floor
    New York, New York 10016

Dated:    New York, New York
            May 5, 2008

                                                               Casey D. Laffey (CL-1483)