Casey D. Laffey (CL-1483)
Reed Smith LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SUNHAM HOME FASHIONS, LLC,

                       08 Civ. 4113 (DAB) (DF)

      Plaintiff,

  -against-

LINENS 'N THINGS,

      Defendant.
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

  I, Casey D. Laffey, hereby certify that on May 1, 2008, I caused true and correct copies of the foregoing: (a) Civil Cover Sheet; (b) Notice of Removal with exhibit annexed thereto; (c) Notice of Filing of Notice of Removal to Federal Court with exhibits and enclosures thereto; (d) Rule 7.1 Statement of Defendant Linens n' Things, Inc.; (e) the Individual Motion Practices and Rules of Honorable Deborah A. Batts; (f) and the Individual Motion Practices and Rules of Honorable Debra Freeman, to be served by United States mail upon the following address:

  Lazarus & Lazarus, P.C.
  Attn: Gilbert A. Lazarus, Esq.
  240 Madison Avenue, 8th Floor
  New York, New York 10016

Dated: New York, New York
    May 1, 2008

                      _____
                      Casey D. Laffey (CL-1483)

PRCLIB-467303.1-PBOND

NEW YORK STATE SUPREME COURT
COUNTY OF NEW YORK
-----------------------------------------------------------------------X
SUNHAM HOME FASHIONS, LLC,

                        Plaintiff,

             -against-

LINENS 'N THINGS,

                       Defendant.
-----------------------------------------------------------------------X

Index No. 601135/08

[Removed to the United States District Court for the Southern District of New York]

## AFFIRMATION OF SERVICE

**CASEY D. LAFFEY**, affirms the following under penalty of perjury:

1.    I am not a party to the within action, and I am over 18 years of age. I am an attorney admitted to practice before this Court and the Courts of New York State.

2.    On May 1, 2008, I caused true and correct copies of the attached Notice of Filing of Notice of Removal to Federal Court, with its exhibits and enclosures, to be served by United States mail upon:

        Lazarus & Lazarus, P.C.
        Attn: Gilbert A. Lazarus, Esq.
        240 Madison Avenue, 8th Floor
        New York, New York 10016

Dated:   New York, New York
           May 1, 2008

                                                                     _____
                                                                       Casey D. Laffey (CL-1483)